# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

**Stephen R. Ludwig, Clerk**

November 14, 2007

**E-FILING**

**ADR**

FILED
www.innd.uscourts.gov

2007 NOV 20 P 4:45

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Clerk's Office, U.S. District Court
2112 Robert F Peckham Federal Bldg
280 S First Street
San Jose CA 95113-3002

Re:   DEPUY ORTHOPAEDICS v. GAULT SOUTH BAY et al
      Cause No. 3:07cv425

Dear Clerk:

Pursuant to court order dated November 13, 2007, the above file is being transferred to the United States District Court for the Northern District of California.

Enclosed are certified copies of the Order of Transfer and this Court's docket sheet. The case record is a combined paper and electronic file.

View at PACER: INND.USCOURTS.GOV

Please acknowledge receipt of these materials on the enclosed copy of this letter, which we request you return to this office.

Sincerely,

STEPHEN R. LUDWIG, CLERK

By:   S/SD Fikes

      Deputy Clerk

Date Rec'd: NOV 2 0 2007      Case No. Assigned: C07 05897 RS

---

**Reply to Office**

1108 E. Ross Adair Federal Bldg. • 1300 S. Harrison Street • Fort Wayne, Indiana 46802 • (260) 423-3000 • Fax (260) 423-3007
5400 Federal Plaza • Suite 2300 • Hammond, Indiana 46320 • (219) 852-6500 • Fax (219) 852-6509
102 Robert A. Grant Federal Bldg. • 204 South Main Street • South Bend, Indiana 46601 • (574) 246-8000 • Fax (574) 246-8002
214 Charles Halleck Federal Bldg. • 230 North Fourth Street • P.O. Box 1498 • Lafayette, Indiana 47902 • (765) 420-6250 • Fax (765) 420-6273