**United States District Court**
For the Northern District of California

**\*E-FILED 11/26/07\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEPUY ORTHOPAEDICS, INC., | NO. C 07-05897 RS |
| Plaintiff, | **ORDER REFERRING CASE FOR RELATED CASE DETERMINATION** |
| v. | |
| GAULT SOUTH BAY, INC., et al. | |
| Defendants. | |

Pursuant to Civil Local Rule 3-12 (c), this action is hereby referred to the judge presiding in Gault South Bay, Inc. et al v. DePuy Orthopaedics, Inc. No. C 07-4659 JW for a determination as to whether the actions are related within the meaning of Rule 3-12.

IT IS SO ORDERED.

Dated: 11/26/07

RICHARD SEEBORG
United States Magistrate Judge

ORDER REFERRING CASE FOR RELATED CASE DETERMINATION
C 07-05897 RS

1

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Dwight David Lueck    dlueck@btlaw.com, cstamas@btlaw.com, cwitten@btlaw.com

Kendall Millard    kmillard@btlaw.com, cstamas@btlaw.com, lroberts@btlaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 11/26/07**                                           **Richard W. Wieking, Clerk**

                                                              **By:    Chambers**

ORDER REFERRING CASE FOR RELATED CASE DETERMINATION
C 07-05897 RS

**United States District Court**
For the Northern District of California