United States District Court
For the Northern District of California

1
2
3
4
5
6
7                           IN THE UNITED STATES DISTRICT COURT

8                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                                  SAN JOSE DIVISION

10   Gault South Bay, Inc., et al.,                    NO. C 07-04659 JW
                                                       NO. C 07-05897 RS
11                  Plaintiffs,
        v.                                             **ORDER SETTING CASE
12                                                     MANAGEMENT CONFERENCE**
     DePuy Orthopaedics, Inc.,
13
                    Defendant.
14   _____/

15
            Presently before the Court is Defendant's Motion to Dismiss or, in the Alternative, Transfer.
16
     The Court finds it appropriate to take the matter under submission without oral argument. See
17
     Civ.L. R. 7-1(b).  Accordingly, the Court **vacates the hearing set for December 3, 2007 at 9 A.M.**
18
            On November 28, 2007, Magistrate Judge Richard Seeborg, sua sponte, referred DePuy
19
     Orthopaedics, Inc. v. Gault South Bay, Inc. et al., No. C 07-05897 RS, to the Court for a
20
     determination as to whether the actions are related within the meaning of Civ.L. R. 3-12.  In light of
21
     Judge Seeborg's referral, the Court sets a case management conference for **December 3, 2007 at**
22
     **9:30 A.M.**  The parties need not file a joint case management statement as required by the Civil
23
     Local Rules.
24

25

26
     Dated:  November 28, 2007
27                                                     JAMES WARE
                                                       United States District Judge
28

**United States District Court**

For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2

3  Donald P. Gagliardi dgagliardi@be-law.com
   Mark A. Neubauer mneubauer@steptoe.com
   Rebecca Edelson bedelson@steptoe.com
4  Tory Edward Griffin tgriffin@downeybrand.com
   Dwight David Lueck dlueck@btlaw.com
5  Kendall Millard kmillard@btlaw.com

6

7

8  **Dated:  November 28, 2007**                **Richard W. Wieking, Clerk**

9

10                                              **By:   /s/ JW Chambers**
                                                      **Elizabeth Garcia**
11                                                    **Courtroom Deputy**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28