1  Mark A. Neubauer (No. 73728)
   Rebecca Edelson (No. 150464)
2  Carla A. Veltman (No. 223910)
   Steptoe & Johnson LLP
3  2121 Avenue of the Stars, Suite 2800
   Los Angeles, CA 90067
4  Telephone:   (310) 734-3200
   Facsimile:   (310) 734-3300
5  Email: mneubauer@steptoe.com
   Email: redelson@steptoe.com
6  Email : cveltman@steptoe.com

7  Attorneys for Plaintiff
   DEPUY ORTHOPAEDICS, INC.,
8  an Indiana corporation

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| DEPUY ORTHOPAEDICS, INC., an Indiana corporation,<br><br>Plaintiff,<br><br>GAULT SOUTH BAY, INC. a California Corporation, and BOB GAULT, an individual,<br><br>Defendants. | CASE NO. 5:07-cv-05897-RS<br>(Referred to The Honorable James Ware)<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

---

**NOTICE OF ASSOCIATION OF COUNSEL**

CASE NO. 5:07-cv-05897-RS
Doc. # CC-172752 v.1

1  TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that the following law firm is associating in as counsel of

3  record for Plaintiff DePuy Orthopaedics, Inc. ("DePuy") in the above-entitled action:

4      Mark A. Neubauer, Esq. (Cal. Bar No. 73728)

5      Rebecca Edelson, Esq. (Cal. Bar No. 150464)

6      Carla A. Veltman, Esq. (Cal. Bar No. 223910)

7      STEPTOE & JOHNSON LLC

8      2121 Avenue of the Stars, Suite 2800

9      Los Angeles, CA 90067

10      Telephone:    (310) 734-3200

11      Facsimile:    (310) 734-3300

12      Email: mneubauer@steptoe.com

13      Email: redelson@steptoe.com

14      Email : cveltman@steptoe.com

15  / / /

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

---

1

**NOTICE OF ASSOCIATION OF COUNSEL**

CASE NO. 5:07-cv-05897-RS

Doc. # CC-172752 v.1

1  All documents served and/or filed in this action should be directed to Steptoe & Johnson
2  LLC accordingly as well as to DePuy's existing counsel of record in this action:
3     Dwight D. Lueck, Esq.
4     Kendall Millard, Esq.
5     BARNES & THORNBURG LLP
6     11 South Meridian Street
7     Indianapolis, IN  46204
8     Telephone:  (317) 236-1313
9     Facsimile:  (317) 231-7433
10    Email:  dlueck@btlaw.com
11    Email:  kmillard@btlaw.com
12
13 DATED: November 30, 2007        STEPTOE & JOHNSON LLP
14                                  MARK A. NEUBAUER
15                                  REBECCA EDELSON
                                    CARLA A. VELTMAN
16
17                                  By   /s/ Rebecca Edelson
                                         REBECCA EDELSON
18                                       Attorneys for Plaintiff
                                         DEPUY ORTHOPAEDICS, INC.
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE
## F.R.C.P. 5

I am a resident of, or employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action. My business address is: Steptoe & Johnson LLP, 2121 Avenue of the Stars, Suite 2800, Los Angeles, California 90067.

On **November 30, 2007,** I served the following listed document(s), by method indicated below, on the parties in this action:

### NOTICE OF ASSOCIATION OF COUNSEL

*SEE ATTACHED SERVICE LIST*

☒ **BY U.S. MAIL**
By placing true copy thereof enclosed in a sealed envelope(s), with postage fully prepaid, addressed as per above, for collection and mailing at Steptoe & Johnson in Los Angeles, California following ordinary business practices. I am readily familiar with the firm's practice for collection and processing of document for mailing. Under that practice, the document is deposited with the United States Postal Service on the same day in the ordinary course of business. I am aware that upon motion of any party served, service is presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after date of deposit for mailing contained in this affidavit.

☐ **BY OVERNIGHT DELIVERY**
By delivering the document(s) listed above in a sealed envelope(s) or package(s) designated by the express service carrier, with delivery fees paid or provided for, addressed as per above, to a facility regularly maintained by the express service carrier or to an authorized courier or driver authorized by the express service carrier to receive documents.

☐ **BY PERSONAL SERVICE**
   ☐ By personally delivering the document(s) listed above to the offices at the addressee(s) as shown above.
   ☐ By placing the document(s) listed above in a sealed envelope(s) and instructing a registered process server to personally delivery the envelope(s) to the offices at the address(as) set forth above. The signed proof of service by the registered process server is attached.

☐ **BY ELECTRONIC SERVICE (via electronic filing service provider)**
By electronically transmitting the document(s) listed above to LexisNexis File and Serve, an electronic filing service provider, at www.fileandserve.lexisnexis.com pursuant to the Court's _____ Order mandating electronic service. *See* Cal. R. Ct. R. 2053, 2055, 2060. The transmission was reported as complete and without error.

☐ **BY ELECTRONIC SERVICE (to individual persons)**
By electronically transmitting the document(s) listed above to the email address(as) of the person(s) set forth above. The transmission was reported as complete and without error. *See* Rules of Court, rule 2060.

☐ **BY FACSIMILE**
By transmitting the document(s) listed above from Steptoe & Johnson in Los Angeles, California to the facsimile machine telephone number(s) set forth on the attached service list. Service by facsimile transmission was made pursuant to agreement of the parties, confirmed in writing.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **November 30, 2007** at Los Angeles, California.

_____Janna L. Cole_____
Type or Print Name

_____/s/ Janna L. Cole_____
Signature

## SERVICE LIST

| | |
|---|---|
| William N. Howard<br>FREEBORN AND PETERS LLP<br>311 S. Wacker Drive, Suite 3000<br>Chicago, IL  60606-6677<br>Telephone:    (312) 360-6415<br>Facsimile:    (312) 360-6996 | Counsel for Defendants<br>GAULT SOUTH BAY, INC. and ROBERT GAULT |
| Robert J. Palmer<br>MAY OBERFELL LORDER-MIS/IN<br>4100 Edison Lakes Parkway, Suite 100<br>Mishawaka, IN  46545<br>Telephone:    (574) 232-2031<br>Facsimile:    (574) 232-9789 | Counsel for Defendants<br>GAULT SOUTH BAY, INC. and ROBERT GAULT |
| Dwight D. Lueck, Esq.<br>Kendall Millard, Esq.<br>BARNES & THORNBURG LLP<br>11 South Meridian Street<br>Indianapolis, IN  46204<br>Telephone:    (317) 236-1313<br>Facsimile:    (317) 231-7433<br>Email:    dlueck@btlaw.com<br>Email:    kmillard@btlaw.com | Counsel for Plaintiff<br>DEPUY ORTHOPAEDICS, INC. |
| Tory E. Griffin<br>MEGHAN M. BAKER<br>DOWNEY BRAND LLP<br>555 Capitol Mall, Tenth Floor<br>Sacramento, CA  95814-4686<br>Telephone:    (916) 444-1000<br>Facsimile:    (916) 444-2100 | Courtesy Copy |