IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Gault South Bay, Inc., et al., | NO. C 07-04659 JW |
| Plaintiffs, | NO. C 07-05897 RS |
| v. | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE; RELATING CASES** |
| DePuy Orthopaedics, Inc., | |
| Defendant. | |

The Court conducted a case management conference on December 3, 2007. Counsel for the parties were present.

The Court discussed Judge Seeborg's referral for a determination as to whether <u>DePuy Orthopaedics, Inc. v. Gault South Bay, Inc. et al</u> C 07-5897 RS is related to the above entitled action. The Court found that C 07-5897 RS is related to C 07-4659 JW within the meaning of Civil Local Rule 3-12. Accordingly, the Clerk shall reassign C 07-5897 to this Court. All future filings shall bear the initials of the newly assigned judge.

In addition, the Court raised the issue of whether the cases should be consolidated into one action. The parties requested time to file supplement briefing to address both consolidation and Defendant's pending Motion to Dismiss or Transfer in light of the Indiana court's decision to transfer <u>DePuy Orthopaedics, Inc. v. Gault South Bay, Inc. et al</u> to the Northern District. The Court set the following schedule for submission of supplemental briefing regarding these issues:

1  Plaintiffs shall file their supplemental brief by **Friday, December 7, 2007.**

2  Defendant shall file its reply brief by **Friday, December 14, 2007.**

3  The Court will set a hearing on the pending motion and the issue of consolidation, if
4  necessary, once supplemental briefing is completed.

6  Dated: December 6, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Donald P. Gagliardi dgagliardi@be-law.com
Mark A. Neubauer mneubauer@steptoe.com
Rebecca Edelson bedelson@steptoe.com
Tory Edward Griffin tgriffin@downeybrand.com

**Dated: December 6, 2007**              **Richard W. Wieking, Clerk**

                                         **By:  /s/ JW Chambers**
                                              **Elizabeth Garcia**
                                              **Courtroom Deputy**