UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DEPUY ORTHOPAEDICS, INC.,

        Plaintiff,

v.

GAULT SOUTH BAY INC, ET AL. et al,

        Defendant.

Case Number: CV07-05897 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 10, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert J Palmer
May Oberfell Lorder-Mis/IN
4100 Edison Lakes Parkway
Suite 100
Mishawaka, IN 46545

Dated: December 10, 2007

        Richard W. Wieking, Clerk
        By: Tiffany Salinas-Harwell, Deputy Clerk