UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPUY ORTHOPAEDICS, INC., | Case Number: CV07-05897 JW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| GAULT SOUTH BAY INC, ET AL. et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 10, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William N. Howard
Freeborn and Peters LLP
311 S. Wacker Drive
Suite 3000
Chicago, IL 60606-6677

Dated: December 10, 2007

                                          Richard W. Wieking, Clerk
                                          By: Tiffany Salinas-Harwell, Deputy Clerk