DOWNEY BRAND LLP
TORY E. GRIFFIN (Bar No. 186181)
MEGHAN M. BAKER (Bar No. 243765)
555 Capitol Mall, Tenth Floor
Sacramento, CA 95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
mbaker@downeybrand.com
tgriffin@downeybrand.com

Attorneys for Defendants GAULT SOUTH BAY, INC. and ROBERT GAULT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEPUY ORTHOPAEDICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GAULT SOUTH BAY, INC., a California Corporation, and ROBERT GAULT, <br><br> Defendants. | Case No. C:07-cv-05897-JW <br><br> **DEFENDANTS' DEMAND FOR JURY TRIAL** |

TO:  THE CLERK OF THE ABOVE-ENTITLED COURT:

Defendants GAULT SOUTH BAY, INC. and ROBERT GAULT, by and through their attorneys, DOWNEY BRAND LLP, hereby demand that a trial of the above-entitled action be heard before a jury.

DATED: January 9, 2008         DOWNEY BRAND LLP


                               By:     /s/ Tory E. Griffin
                                       TORY E. GRIFFIN
                                       Attorney for Defendants
                                       GAULT SOUTH BAY, INC. and ROBERT GAULT

900329.1

1

DEFENDANTS' DEMAND FOR JURY TRIAL