DOWNEY BRAND LLP
TORY E. GRIFFIN (Bar No. 186181)
MEGHAN M. BAKER (Bar No. 243765)
555 Capitol Mall, Tenth Floor
Sacramento, CA  95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
mbaker@downeybrand.com
tgriffin@downeybrand.com

Attorneys for Defendants GAULT SOUTH BAY, INC. and ROBERT GAULT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEPUY ORTHOPAEDICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GAULT SOUTH BAY, INC., a California Corporation, and ROBERT GAULT, <br><br> Defendants. | Case No.  C:07-cv-05897-JW <br><br> **DECLARATION OF TORY E. GRIFFIN IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> Date: April 7, 2008 <br> Time: 9:00 a.m. |

I, Tory E. Griffin, hereby declare as follows:

    1.    I am an attorney licensed to practice law in the State of California, and am a partner at Downey Brand LLP, attorneys of record for Defendants Bob Gault ("Gault") and Gault South Bay Inc. ("GSB").  I have personal knowledge of the facts set forth herein and, if called to testify, I could and would testify competently to the contents hereof.

    2.    Attached hereto as Exhibit A is a true and correct copy of a printout from Johnson & Johnson's website, listing plaintiff DePuy Orthopaedics, Inc. ("DePuy") as a subsidiary of Johnson & Johnson.

    3.    Attached hereto as Exhibit B is a true and correct copy of a printout from Johnson & Johnson's website, identifying Johnson & Johnson as a corporation incorporated in the State of

1. New Jersey.

2. 4. Attached hereto as Exhibit C is a true and correct copy of a printout from the California Secretary of State's website indicating that DePuy has been registered to business in California since 1992.

3. 5. Attached hereto as Exhibit D is a true and correct copy of a printout from DePuy's website listing its four offices in California.

4. 6. Attached hereto as Exhibit E is a true and correct copy of a printout from the homepage of DePuy's website.

5. 7. Attached hereto as Exhibit F is a true and correct copy of the September 17, 2007 hearing transcript from proceedings in this action, before Judge Miller in the Northern District of Indiana.

6. 8. The court initially set a February 25, 2008 hearing date for the instant motion. Because a conflict arose with this date based on a case I have set for trial on February 26, 2008, in Yuba County, I did not notice the instant motion for the February 25, 2008 date. I conferred with counsel for DePuy on a new date by e-mail. Bec Edelson responded and informed me that the April 7, 2008 date was acceptable.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 13th day of February, 2008, at Sacramento, California.

By:   /s/ Tory E. Griffin
      TORY E. GRIFFIN