**EXHIBIT A**




## Our Company

Our Company

### Family of Companies

| Name of Subsidiary | Jurisdiction of Organiza |
|---|---|
| **U.S. Subsidiaries:** | |
| Advanced Sterilization Products Services Inc. | New Jersey |
| Advanced Technology Ventures, Inc. | California |
| ALZA Corporation | Delaware |
| ALZA Land Management, Inc. | Delaware |
| Animas Corporation | Delaware |
| BabyCenter, L.L.C. | Delaware |
| Biosense Webster, Inc. | California |
| Centocor Biologics, LLC | Pennsylvania |
| Centocor, Inc. | Pennsylvania |
| Centocor Ortho Biotech Services LLC | New Jersey |
| Centocor Research & Development, Inc. | Pennsylvania |
| Closure Medical Corporation | Delaware |
| CNA Development LLC | Delaware |
| Codman & Shurtleff, Inc. | New Jersey |
| Cordis Corporation | Florida |
| Cordis Development Corporation | Florida |
| Cordis International Corporation | Delaware |
| Cordis LLC | Delaware |
| Cordis Neurovascular, Inc. | Florida |
| Crescendo Pharmaceuticals Corporation | Delaware |
| DePuy Disc, Inc. | Delaware |
| DePuy, Inc. | Delaware |
| DePuy Mitek, Inc. | Massachusetts |
| DePuy Orthopaedics, Inc. | Indiana |
| DePuy Products, Inc. | Indiana |
| DePuy Spine, Inc. | Ohio |

**OUR COMPANY INDEX**
- 2006 Annual Report
- Advertising
- Awards & Recognition
- Company Web Sites
- Diversity
- Family of Companies
- Fast Facts
- History
- Olympics Sponsorship
- Our Credo
- Our Credo History
- Patient Assistance
- Policies
- Timeline
- View Our Videos

| Company | State |
|---|---|
| DePuy Spine, Inc. | Ohio |
| DePuy Spine Sales Limited Partnership | Massachusetts |
| Diabetes Diagnostics, Inc. | Delaware |
| Ethicon Endo-Surgery, Inc. | Ohio |
| Ethicon Endo-Surgery, LLC. | Delaware |
| Ethicon Endo-Surgery Services, L.P. | Texas |
| Ethicon, Inc. | New Jersey |
| Ethicon LLC | Delaware |
| Global Biologics Supply Chain, LLC | Pennsylvania |
| GynoPharma Inc. | Delaware |
| Hand Innovations LLC | Delaware |
| Heartport, Inc. | Delaware |
| ISO Holding Corp. | Delaware |
| J&J Holdings (Nevada), Inc. | Nevada |
| Janssen Ortho LLC | Delaware |
| JJHC, LLC | Delaware |
| Johnson & Johnson Baby Products, Inc. | Delaware |
| Johnson & Johnson Consumer Companies, Inc. | New Jersey |
| Johnson & Johnson Development Corporation | New Jersey |
| Johnson & Johnson Diabetes Institute, LLC. | Delaware |
| Johnson & Johnson Finance Corporation | New Jersey |
| Johnson & Johnson Health Care Systems Inc. | New Jersey |
| Johnson & Johnson International | New Jersey |
| Johnson & Johnson Japan Inc. | New Jersey |
| Johnson & Johnson • Merck Consumer Pharmaceuticals Co. | New Jersey |
| Johnson & Johnson (Middle East) Inc. | New Jersey |
| Johnson & Johnson Pharmaceutical Research & Development, L.L.C. | New Jersey |
| Johnson & Johnson Pharmaceutical Services, LLC | New Jersey |
| Johnson & Johnson Pharmaceutical Trading Co., Inc. | Delaware |
| Johnson & Johnson Professional Co. (P.R.) | Delaware |

| | |
|---|---|
| ...Professional Co. (PRC) Inc. | |
| Johnson & Johnson Regenerative Therapeutics, LLC | Delaware |
| Johnson & Johnson Sales and Logistics Company, LLC | New Jersey |
| Johnson & Johnson Services, Inc. | New Jersey |
| Johnson & Johnson Urban Renewal Associates | New Jersey |
| Johnson & Johnson Vision Care, Inc. | Florida |
| Joint Medical Products Corporation | Delaware |
| LifeScan, Inc. | California |
| LifeScan LLC | Delaware |
| LifeScan Products, LLC | California |
| McNeil Healthcare LLC | Delaware |
| McNeil LA LLC | Delaware |
| McNeil Nutritionals, LLC | Delaware |
| McNEIL-PPC, Inc. | New Jersey |
| Middlesex Assurance Company Limited | Vermont |
| Neutrogena Corporation | Delaware |
| Nitinol Development Corporation | California |
| Noramco, Inc. | Georgia |
| OMJ Pharmaceuticals, Inc. | Delaware |
| OraPharma, Inc. | Delaware |
| Ortho Biologics LLC | Delaware |
| Ortho Biotech Holding Corp. | Delaware |
| Ortho Biotech Inc. | New Jersey |
| Ortho Biotech Products, L.P. | New Jersey |
| Ortho-Clinical Diagnostics, Inc. | New York |
| Ortho-McNeil Finance Co. | Florida |
| Ortho-McNeil-Janssen Pharmaceuticals, Inc. | Pennsylvania |
| Ortho-McNeil Pharmaceutical, LLC. | Delaware |
| Rutan Realty LLC | New Jersey |
| Scios Inc. | Delaware |
| TERAMed Corporation | Delaware |
| Therapeutic Discovery Corporation | Delaware |
| The Tylenol Company | New Jersey |
| TransForm Pharmaceuticals, Inc. | Delaware |
| W&V Resources, Inc. | Delaware |

**International Subsidiaries:**

| | |
|---|---|
| ALZA Ireland Limited | Ireland |
| Apsis S.A.S. | France |
| Calisto Limited | Trinidad and Tobago |
| Carlo Erba OTC S.r.l. | Italy |
| Centocor Biologics (Ireland) Limited | Ireland |
| Centocor B.V. | Netherlands |
| Cilag Advanced Technologies GmbH | Switzerland |
| Cilag AG | Switzerland |
| Cilag de Mexico, S. de R.L. de C.V. | Mexico |
| Cilag GmbH International | Switzerland |
| Cilag Holding AG | Switzerland |
| Codman Sarl | Switzerland |
| ColBar LifeScience Ltd. | Israel |
| Cordis Cashel Limited | Ireland |
| Cordis Europa N.V. | Netherlands |
| Cordis Medizinische Apparate GmbH | Germany |
| Cordis S.A.S. | France |
| DePuy Ace Sarl | Switzerland |
| DePuy France S.A.S. | France |
| DePuy International Limited | United Kingdom |
| DePuy International (Holdings) Limited | United Kingdom |
| DePuy (Ireland) Limited | Ireland |
| DePuy Mitek Sarl | Switzerland |
| DePuy Orthopadie GmbH | Germany |
| DePuy Orthopedie S.A.S. | France |
| DePuy Spine Sarl | Switzerland |
| DePuy UK Holdings Limited | United Kingdom |
| Drumbeat Limited | Ireland |
| Ethicon GmbH | Germany |
| Ethicon Ireland Limited | Ireland |
| Ethicon Sarl | Switzerland |
| Ethicon SAS | France |
| Ethnor (Proprietary) Limited | South Africa |
| FMS Future Medical System SA | Switzerland |
| Group Vendome SAS (Société par Actions Simplifiée) | France |
| High Wycombe Property Management Limited | United Kingdom |
| Janssen-Cilag AB | Sweden |
| Janssen-Cilag AG | Switzerland |
| Janssen-Cilag B.V. | Netherlands |
| Janssen-Cilag Farmaceutica, Lda. | Portugal |
| Janssen-Cilag Farmaceutica Ltda. | Brazil |
| Janssen-Cilag GmbH | Germany |

| Company | Country |
|---|---|
| Janssen-Cilag Ltd. | United Kingdom |
| Janssen-Cilag NV | Belgium |
| Janssen-Cilag OY | Finland |
| Janssen-Cilag Pharmaceutical S.A.C.I. | Greece |
| Janssen-Cilag Pharma GmbH | Austria |
| Janssen-Cilag Polska, Sp. z o.o. | Poland |
| Janssen-Cilag Pty. Ltd. | Australia |
| Janssen-Cilag S.A. | Spain |
| Janssen-Cilag, S.A. de C.V. | Mexico |
| Janssen-Cilag S.A.S. | France |
| Janssen-Cilag S.p.A. | Italy |
| Janssen Korea Ltd. | Korea |
| Janssen-Ortho Inc. | Canada |
| Janssen Pharmaceutica NV | Belgium |
| Janssen Pharmaceutica (Pty) Limited | South Africa |
| Janssen Pharmaceutical K.K. | Japan |
| Janssen Pharmaceutical Limited | Ireland |
| J.C. General Services CVBA | Belgium |
| J-C Healthcare Ltd. | Israel |
| JHC Nederland B.V. | Netherlands |
| Johnson & Johnson AB | Sweden |
| Johnson & Johnson Administracao de Investimentos Ltda. | Brazil |
| Johnson & Johnson AG | Switzerland |
| Johnson & Johnson (China) Investment Co., Ltd. | China |
| Johnson & Johnson (China) Ltd. | China |
| Johnson & Johnson Consumer France SAS | France |
| Johnson & Johnson Consumer (Hong Kong) Limited | Hong Kong |
| Johnson & Johnson Consumer (Thailand) Limited | Thailand |
| Johnson & Johnson de Argentina, S.A.C.e I. | Argentina |
| Johnson & Johnson de Colombia S.A. | Colombia |
| Johnson & Johnson de Mexico, S.A. de C.V. | Mexico |
| Johnson & Johnson de Venezuela, S.A. | Venezuela |
| Johnson & Johnson do Brasil Industria E | |

| Company | Country |
|---|---|
| Brasil Industria E Comercio de Produtos Para Saude Ltda. | Brazil |
| Johnson & Johnson European Treasury Company | Ireland |
| Johnson & Johnson (Egypt) S.A.E. | Egypt |
| Johnson & Johnson Finance Limited | England |
| Johnson & Johnson Financial Services GmbH | Germany |
| Johnson & Johnson Gesellschaft m.b.H. | Austria |
| Johnson & Johnson GmbH | Germany |
| Johnson & Johnson Group Holdings G.m.b.H | Germany |
| Johnson & Johnson Hellas S.A. | Greece |
| Johnson & Johnson Holding AB | Sweden |
| Johnson & Johnson Holding GmbH | Germany |
| Johnson & Johnson (Hong Kong) Limited | Hong Kong |
| Johnson & Johnson Inc. | Canada |
| Johnson & Johnson Industrial Ltda. | Brazil |
| Johnson & Johnson International Financial Services Company | Ireland |
| Johnson & Johnson (Ireland) Limited | Ireland |
| Johnson & Johnson Kft. | Hungary |
| Johnson & Johnson K. K. | Japan |
| Johnson & Johnson Korea, Ltd. | Korea |
| Johnson & Johnson Korea Selling & Distribution LLC | Korea |
| Johnson & Johnson Limitada | Portugal |
| Johnson & Johnson Limited | India |
| Johnson & Johnson LLC | Russia |
| Johnson & Johnson Luxembourg Finance Company | Luxembourg |
| Johnson & Johnson Management Limited | England |
| Johnson & Johnson Medical B.V. | Netherlands |
| Johnson & Johnson Medical (China) Ltd. | China |
| Johnson & Johnson Medical S.p.A. | Italy |
| Johnson & Johnson | Italy |

| Company | Country |
|---|---|
| Medical Holding S.p.A. | |
| Johnson & Johnson Medical Korea Limited | Korea |
| Johnson & Johnson Medical Limited | United Kingdom |
| Johnson & Johnson Medical Mexico, S.A. de C.V. | Mexico |
| Johnson & Johnson Medical Products GmbH | Austria |
| Johnson & Johnson Medical (Pty) Limited | South Africa |
| Johnson & Johnson Medical Pty Limited | Australia |
| Johnson & Johnson Medical S.A. | Argentina |
| Johnson & Johnson Medical (Shanghai) Ltd. | China |
| Johnson & Johnson Medical S.p.A. | Italy |
| Johnson & Johnson • Merck Consumer Pharmaceuticals of Canada | Canada |
| Johnson & Johnson Pacific Pty. Limited | Australia |
| Johnson & Johnson Pakistan (Private) Limited | Pakistan |
| Johnson & Johnson (Philippines), Inc. | Philippines |
| Johnson & Johnson Poland Sp. z o.o | Poland |
| Johnson & Johnson (Proprietary) Limited | South Africa |
| Johnson & Johnson Pte. Ltd. | Korea |
| Johnson & Johnson Pte. Ltd. | Singapore |
| Johnson & Johnson Pty. Limited | Australia |
| Johnson & Johnson Research Pty Ltd | Australia |
| Johnson & Johnson S.A. | Spain |
| Johnson & Johnson, S.A. de C.V. | Mexico |
| Johnson & Johnson SDN. BHD. | Malaysia |
| Johnson & Johnson S.p.A | Italy |
| Johnson & Johnson, s.r.o. | Czech Republic |
| Johnson & Johnson, s.r.o. | Slovakia |
| Johnson & Johnson Swiss Finance Company Limited | United Kingdom |
| Johnson & Johnson | Taiwan |

| Company | Country |
|---|---|
| Taiwan Ltd. | |
| Johnson & Johnson (Thailand) Ltd. | Thailand |
| Johnson & Johnson Vision Care (Ireland) Limited | Ireland |
| Laboratoires Polive S.N.C. | France |
| Laboratoires Vendome, SAS | France |
| Latam International Investment Company | France |
| Latam Properties Holdings | Ireland |
| Lifescan Canada Ltd. | Canada |
| Lifescan Scotland Limited | Scotland |
| McNeil AB | Sweden |
| McNeil CHC GmbH | Germany |
| McNeil Comm. VA | Belgium |
| McNeil Consumer Healthcare GmbH | Germany |
| McNeil Denmark ApS | Denmark |
| McNeil Esbjerg ApS | Denmark |
| McNeil GmbH & Co. oHG | Germany |
| McNeil Healthcare (Ireland) | Ireland |
| McNeil Healthcare (UK) | United Kingdom |
| McNeil Iberica S.L.U. | Spain |
| McNEIL PDI Inc. | Canada |
| McNeil Products Limited | England |
| McNeil Sante Grand Public | France |
| McNeil SAS | France |
| McNeil Sweden AB | France |
| Medos International Sarl | Switzerland |
| Medos Sarl | Switzerland |
| OMJ Ireland Limited | Ireland |
| OMJ Manufacturing Limited | Ireland |
| Ortho-Clinical Diagnostics | United Kingdom |
| Ortho-Clinical Diagnostics GmbH | Germany |
| Ortho-Clinical Diagnostics K.K. | Japan |
| Ortho-Clinical Diagnostics NV | Belgium |
| Ortho-Clinical Diagnostics S.A.S. | France |
| Pfizer Consumer Healthcare Mexico, S. de R.L. de C.V.* | Mexico |
| Pfizer Consumer Healthcare S.com.p.A* | Spain |
| Pfizer Consumer Healthcre S.r.l.* | Italy |
| P.T. Johnson & Johnson Indonesia | Indonesia |

| Company | Country |
|---|---|
| Shanghai Johnson & Johnson Pharmaceuticals, Ltd. | China |
| Tasmanian Alkaloids Pty. Ltd. | Australia |
| Tibotec Pharmaceuticals Ltd. | Ireland |
| Tibotec-Virco Comm. VA | Belgium |
| Tibotec-Virco Virology BVBA | Belgium |
| Turnbuckle Investment Company | Ireland |
| Vania Expansion, S.N.C. | France |
| Xian-Janssen Pharmaceutical Ltd. | China |

\* Recently acquired. Name change pending.

TOP OF PAGE    Printer-friendly Version

This site is governed solely by applicable U.S. laws and governmental regulations. Please see our Privacy Policy. Use of this site co consent to application of such laws and regulations and to our Privacy Policy. Your use of the information on this site is subject to t our Legal Notice. You should view the News section and the most recent SEC Filings in the Investor Relations section in order to re current information made available by Johnson & Johnson. To Contact Us or search this site, please see the links at the top of this All contents © Copyright Johnson & Johnson 1997-2008. All Rights Reserved.

Last Updated: January 16, 2008