**EXHIBIT C**

# California Business Portal

Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of FEB 01, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |
|---|
| DEPUY ORTHOPAEDICS, INC. |

| **Number:** C1814515 | **Date Filed:** 1/31/1992 | **Status:** active |
|---|---|---|
| **Jurisdiction:** INDIANA | | |

| Address |
|---|
| 700 ORTHOPAEDIC DR. |
| WARSAW, IN 46581 |

| Agent for Service of Process |
|---|
| C T CORPORATION SYSTEM |
| 818 WEST SEVENTH ST |
| LOS ANGELES, CA 90017 |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.