**EXHIBIT D**

Search  GO

- HOME
- PHYSICIANS
- PATIENTS
- EDUCATIONAL OPPORTUNITIES
- MEDIA
- SURGEON CONSULTANTS
- CAREER OPPORTUNITIES
- COMPANY CREDO
- ANONYMOUS ETHICS EMAIL HOTLINE
- ETHICS HOTLINE

## California

**DePuy, Northwest California**
4240 Holden Street
Emeryville, CA 94608
**Phone:** (510) 597-4220
**Fax:** (510) 597-4221

**DePuy, Northeast California**
(Serving Nevada & northern California)
2500 Venture Oaks Way, Suite 100
Sacramento, CA 95833
**Phone:** (916) 853-1888
**Fax:** (916) 853-2580

**Yancey and Associates**
3195-B Redhill Ave.
Costa Mesa, CA 92626
**Phone:** (714) 241-3411
**Fax:** (714) 241-3417

**Central California**
12909 Cerise Avenue
Hawthorne, CA 90250
**Phone:** (310) 263-2520
**Fax:** (310) 263-2540

Go back to the main map



Privacy Policy | Safe Harbor Policy | Legal Notice | Contact Us
California Health Care Compliance Information
J&J Ethical Code for R&D
ISO 13485:2003 Quality Management System Certificate



Copyright © DePuy Orthopaedics, Inc., 2008.
This site is published by DePuy Orthopaedics, Inc., which is solely responsible for its content. It is intended for visitors from the United States only.