**EXHIBIT E**

Search [GO]

| HOME |
| PHYSICIANS |
| PATIENTS |
| EDUCATIONAL OPPORTUNITIES |
| MEDIA |
| SURGEON CONSULTANTS |
| CAREER OPPORTUNITIES |
| COMPANY CREDO |
| ANONYMOUS ETHICS EMAIL HOTLINE |
| ETHICS HOTLINE |

# WELCOME TO DEPUYORTHOPAEDICS.COM

DePuy Orthopaedics, Inc., a Johnson & Johnson company, is a driver of transformational change in orthopaedic care, with a focused commitment to help surgeons achieve excellence in surgical practice. Thousands of surgeons worldwide rely upon DePuy every day. DePuy designs, manufactures and distributes orthopaedic devices and supplies including hip, knee, extremity, trauma, orthobiologics, and operating room products.

View the latest news from DePuy Orthopaedics, Inc.

DePuy Orthopaedics, Inc. Deferred Prosecution Agreement

Company Consultants - Identification and Payments

Through our Physicians Resources links, orthopaedic healthcare professionals can build their own website, access information about DePuy Orthopaedics products, and use our Physician PR Media Guide to incorporate a public relations program into their practice.

Click Here

Through our Patient Resources links, patients can learn about arthritis and its treatment, find out about joint replacement surgery and read about DePuy Orthopaedics implants for replacement of the knee, hip, shoulder, ankle, elbow, and finger joints.

Click Here

Through our Media Resources link, news media professionals can access news information and ideas about advances in orthopaedics including news releases, arthritis information, photos for publication or broadcast, a listing of available B-roll footage, and media contacts.

Click Here

Through our Career Opportunities links, you can learn about job opportunities at DePuy Orthopaedics and our programs for college students including a rotational co-op program or internship program. You can also find a map and driving directions to DePuy Orthopaedics' headquarters.

Click Here




Privacy Policy | Safe Harbor Policy | Legal Notice | Contact Us
California Health Care Compliance Information
J&J Ethical Code for R&D
ISO 13485:2003 Quality Management System Certificate
Copyright © DePuy Orthopaedics, Inc., 2008.
This site is published by DePuy Orthopaedics, Inc., which is solely responsible for its content. It is intended for visitors from the United States only.