DOWNEY BRAND LLP
TORY E. GRIFFIN (Bar No. 186181)
MEGHAN M. BAKER (Bar No. 243765)
555 Capitol Mall, Tenth Floor
Sacramento, CA 95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
mbaker@downeybrand.com
tgriffin@downeybrand.com

Attorneys for Defendants GAULT SOUTH BAY, INC. and ROBERT GAULT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEPUY ORTHOPAEDICS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>GAULT SOUTH BAY, INC., a California Corporation, and ROBERT GAULT,<br><br>    Defendants. | Case No. C:07-cv-05897-JW<br><br>**DECLARATION OF ROBERT GAULT IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: April 7, 2008<br>Time: 9:00 a.m. |

I, Robert Gault, declare as follows:

1. I am over the age of eighteen and competent to testify as to the matters set forth herein which are based on my personal knowledge.

2. I currently reside at 18428 Twin Creeks Road, Monte Sereno, California with my wife and four children. I have lived in California continuously since 1968.

3. I am the President and sole shareholder of Gault South Bay, Inc. ("GSB"), a California corporation that from January 1, 2007 until its termination on August 24, 2007, acted as an independent sales representative for DePuy Orthopaedics, Inc. ("DePuy").

4. In late 2006, I entered into negotiations on behalf of GSB to act as DePuy's independent sales representative for northern California. All negotiations occurred in California with DePuy's Emeryville, California office. Specifically, I dealt with Brad LaPoint, who is

1  Depuy's Territory General Manager for Northern California.

2      5.    In December 2006, GSB and DePuy executed in California an Agreement to be
3  performed in California. I signed the Agreement on behalf of GSB in California. A true and
4  correct coy of the Agreement is attached hereto as Exhibit A.

5      6.    GSB's territory under the Agreement included the Santa Clara Valley and the
6  Peninsula area. GSB's customers were in this territory. GSB's customer list included 20
7  hospitals and numerous individual physicians.

8      7.    All of GSB's customers, both hospitals and physicians, were located in California.

9      8.    GSB hired several independent contractors to help serve the territory on behalf of
10 DePuy under the Agreement. All of GSB's independent contractors were located in California.

11     9.    While operating under the Agreement, I (on behalf of GSB) reported directly to
12 LaPoint. I estimate that ninety-nine percent of the communications I had in connection with the
13 Agreement took place in California with DePuy's Emeryville, California office.

14     10.    On August 24, 2007, I received a letter dated August 20, 2007 from Brad LaPoint
15 informing me that effective August 24, 2007, DePuy was terminating the Agreement with GSB.
16 A true and correct copy of that letter is attached hereto as Exhibit B.

17     11.    During a September 17, 2007 hearing in this matter in the Northern District of
18 Indiana, prior to the transfer of the matter to this court, Brad LaPoint testified regarding Drs.
19 Steve Woolson, John Lannin, Ed Littlejohn and Terrance Delaney. These gentlemen are all
20 orthopedic surgeons who reside and practice medicine in California. I know all of these
21 gentlemen personally, and intend to call them to defendant against DePuy's allegations.

22     I declare under penalty of perjury under the laws of the United States that the foregoing is
23 true and correct to the best of my knowledge.

24     Executed at _____Monte Sereno_____, California on this __12__ day of February,
25 2008.

27     By: _____
           ROBERT GAULT

905886.1

2

DECLARATION OF ROBERT GAULT IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT