**EXHIBIT B**



DePuy Orthopaedics, Inc.

CERTIFIED MAIL

August 23, 2007

Robert Gault
Gault South Bay Inc.
18428 Twin Creeks Road
Monte Sereno, CA 95939

Re: Termination of Independent Sales Representative Agreement

Dear Mr. Gault:

The purpose of this letter is to provide you with notice that effective the close of business August 24, 2007 DePuy Orthopaedics, Inc. ("DePuy") is terminating the November 22, 2006 independent sales representative agreement (the "Agreement") between Gault South Bay Inc. ("Gault") and DePuy.

The Agreement provides in pertinent part as follows:

"Contractor agrees that neither Contractor nor anyone in its employ, nor any member of the immediate family of any one owning the majority of the stock, a controlling interest or exercising control of the Contractor will, during the time that this appointment is in effect, sell any competitive products or engage in any competitive activities without obtaining DePuy's prior written consent. Competitive activities mean selling, offering for sale, promoting, receiving or soliciting orders for goods or services similar, or intended for a similar use as those offered by DePuy or any other J&J company, or accepting remuneration of any kind from any person providing such goods and services."

It has been reported to DePuy that you have recently met with the President of Biomet in Warsaw, Indiana for the purpose of joining Biomet and selling Biomet products. In addition, you have engaged in numerous discussions with DePuy sales representatives to inform them of your intent to sell Biomet products and of your desire to have these sales representatives join Biomet along with you. You have also discussed your move to Biomet with customers in an attempt to convince them to use Biomet products. It is our further understanding that you have arranged meetings between another DePuy sales representatives and the local Biomet distributor for the purpose of joining Biomet. Customers have reported to DePuy that you are offering to send them to meetings at Biomet to help them in their conversion to use of Biomet products. These activities are clearly in breach of the Agreement and provide DePuy with sufficient cause to terminate the Agreement as set forth above.

R. Gault
August 23, 2007
Page 2

DePuy will pay commissions due to you up to the date of the termination set forth above. Please return all DePuy property in your possession to the DePuy Emeryville office immediately. DePuy will offset from any commissions due to you the value of any inventory that is not returned or is retuned in a damaged condition which renders it incapable of sale.

DePuy would also like to remind you that regardless of the termination of the Agreement, both Gault South Bay and you personally have continuing obligations to DePuy, including, without limitation, common law obligations to maintain confidentiality of any information related to DePuy products, services, business plans and the like not otherwise available to the general public.

DePuy expects Gault South Bay and you to comply with all such continuing obligations. Finally, be advised that DePuy reserves all its rights to take appropriate action to protect its interests in this matter.

Sincerely,

Brad LaPoint
Territory General Manager
DePuy Orthopaedics Northern California

CC:
    L. Cotner
    M. Piazza
    B. Cavarno
    R. Chambers