DOWNEY BRAND LLP
TORY E. GRIFFIN (Bar No. 186181)
MEGHAN M. BAKER (Bar No. 243765)
555 Capitol Mall, Tenth Floor
Sacramento, CA  95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
mbaker@downeybrand.com
tgriffin@downeybrand.com

Attorneys for Defendants GAULT SOUTH BAY, INC. and ROBERT GAULT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEPUY ORTHOPAEDICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GAULT SOUTH BAY, INC., a California Corporation, and ROBERT GAULT, <br><br> Defendants. | Case No.  C:07-cv-05897-JW <br><br> **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> Date: April 7, 2008 <br> Time: 9:00 a.m. |

Defendants Gault South Bay, Inc. ("GSB") and Robert Gault ("Gault") respectfully request, pursuant to Federal Rule of Evidence 201, that the Court take judicial notice of the following documents:

    A.    DePuy's Complaint in this matter, originally filed in the Northern District of Indiana on September 11, 2007 (the "Indiana Action").

    B.    Affidavit of Bradford C. LaPoint, filed in this action on September 11, 2007.

    C.    The Complaint filed on August 24, 2007, by Gault and GSB against DePuy in the Superior Court of the State of California, in and for the County of Santa Clara (the "California Action").

/ / /

1  D. DePuy's Notice of Removal of the California Action to this court, filed September 10, 2007.

E. The March 13, 2007 Order in this case from the United States District Court, Northern District of Indiana, whereby the court transferred the Indiana Action to this court under 28 U.S.C. § 1404(a).

F. This court's December 7, 2007 Order relating the California Action and the Indiana Action under Local Rule 3-12.

G. DePuy's Supplemental Brief in Opposition to Consolidation of Action With Case No. 07-CV-05897-JW, filed December 14, 2007.

H. DePuy's Memorandum of Points and Authorities in Opposition to Ex Parte Application for Temporary Restraining Order and Motion for a Preliminary Injunction, filed in the California Action on September 14, 2007.

These matters are all properly subject to judicial notice. The district court may properly take judicial notice of court orders or the court's files. *See Asdar Group v. Pillsbury, Madison & Sutro*, 99 F.3d 289, 290, fn. 1 (9th Cir. 1996); *Mullis v. United States Bank. Ct*. 828 F2d 1385, 1388, fn. 9 (9th Cir. 1987). Courts may also take judicial notice of "matters of public record." *Wilbur v. Locke*, 423 F.3d 1101, 1113 (9th Cir. 2005).

DATED: February 13, 2008                    DOWNEY BRAND LLP


                                            By:       /s/ Tory E. Griffin
                                                  TORY E. GRIFFIN
                                                  Attorney for Defendants
                                                  GAULT SOUTH BAY, INC. and ROBERT GAULT

905957.1

2

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT