**United States District Court**
For the Northern District of California

1

2

3

4                   UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6

7   DEPUY ORTHOPAEDICS, INC.,                No. C 07-05897 JW

8              Plaintiff(s),
                                             CLERK'S NOTICE CONTINUING MOTION
9       v.                                   HEARING

10  GAULT SOUTH BAY INC, ET AL.,

11             Defendant(s).

12  _____/

13  TO ALL PARTIES AND COUNSEL OF RECORD:

14

15  YOU ARE NOTIFIED THAT the Motion for Partial Summary Judgment before Judge James Ware

16  previously noticed for April 7, 2008 at 9:00 AM, has been reset to **April 14, 2008 at 9:00 AM,**

17  Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

18  Dated:  February 15, 2008

19                                           FOR THE COURT,
                                             Richard W. Wieking, Clerk

20

21
                                             by:  _____/s/_____
22                                                 Elizabeth Garcia
                                                   Courtroom Deputy
23

24

25

26

27

28