1  Mark A. Neubauer (No. 73728)
   Rebecca Edelson (No. 150464)
2  Carla A. Veltman (No. 223910)
   Steptoe & Johnson LLP
3  2121 Avenue of the Stars, Suite 2800
   Los Angeles, CA  90067
4  Telephone:     (310) 734-3200
   Facsimile:     (310) 734-3300
5  Email: mneubauer@steptoe.com
   Email: redelson@steptoe.com
6  Email : cveltman@steptoe.com

7  Attorneys for Plaintiff
   DEPUY ORTHOPAEDICS, INC.,
8  an Indiana corporation

9

10                  UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                  SAN JOSE DIVISION

13

14

15 | DEPUY ORTHOPAEDICS, INC., an Indiana corporation, | CASE NO. 5:07-cv-05897-JW

16 | Plaintiff, | **STIPULATION TO CONTINUE HEARING DATE OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT; [PROPOSED] ORDER**

17 | GAULT SOUTH BAY, INC. a California Corporation, and BOB GAULT, an individual,

18 |

19 | Defendants. | The Honorable James Ware, Ctrm 8
                   | Previous Date:   April 14, 2008
20 |               | **New Date:      April 28, 2008**
                   | Time:            9:00 a.m.
21 |               | Place:           Courtroom 8, 4th Fl.
                   |                  280 South 1st Street
                   |                  San Jose, CA 95113

22

23

24

25

26

27

28

**STIP TO CONTINUE HRG DATE OF DEF'S MOTN FOR PARTIAL S.J.**
CASE NO. 5:07-cv-05897-JW
Doc. # CC-178818 v.1

1  Plaintiff and Defendants, through their respective counsel of record, stipulate as follows:

2  WHEREAS on February 13, 2008, Defendants filed a Motion for Partial Summary
3  Judgment, noticing the hearing for April 7, 2008 which date counsel had previously agreed was
4  mutually available for the hearing;

5  WHEREAS thereafter, on February 15, 2008, the Court continued the hearing on
6  Defendant's Motion for Partial Summary Judgment from April 7, 2008 to April 14, 2008;

7  WHEREAS counsel for Plaintiff have represented that they are not available to attend
8  the hearing on April 14, 2008 due to scheduling conflicts;

9  WHEREAS counsel for the parties have represented that they are both available on
10  April 28, 2008 for a hearing on Defendant's Motion for Partial Summary Judgment;

11  THE PARTIES STIPULATE, subject to the Court's approval, that the hearing on
12  Defendant's Motion for Partial Summary Judgment be continued to April 28, 2008.

13  SO STIPULATED:

15  DATED: March 5, 2008        STEPTOE & JOHNSON LLP

17  By   /s/ Rebecca Edelson
        REBECCA EDELSON
18      Attorneys for Plaintiff
        DEPUY ORTHOPAEDICS, INC.

20  DATED: March 5, 2008        DOWNEY BRAND LLP

22  By   /s/ Tory E. Griffin
        TORY E. GRIFFIN
23      Attorneys for Defendants
        GAULT SOUTH BAY, INC. and ROBERT GAULT

**[PROPOSED] ORDER**

GOOD CAUSE HAVING BEEN SHOWN and PURSUANT TO STIPULATION;

IT IS SO ORDERED that the hearing on Defendant's Motion for Partial Summary Judgment shall be continued from April 14, 2008 until April 28, 2008.

Date: _____, 2008    _____
                                    Hon. James Ware
                                    United States District Judge