*IT IS SO ORDERED*
*[signature] Judge James Ware*

1  Mark A. Neubauer (No. 73728)
   Rebecca Edelson (No. 150464)
2  Carla A. Veltman (No. 223910)
   Steptoe & Johnson LLP
3  2121 Avenue of the Stars, Suite 2800
   Los Angeles, CA  90067
4  Telephone:      (310) 734-3200
   Facsimile:      (310) 734-3300
5  Email: mneubauer@steptoe.com
   Email: redelson@steptoe.com
6  Email : cveltman@steptoe.com

7  Attorneys for Plaintiff
   DEPUY ORTHOPAEDICS, INC.,
8  an Indiana corporation

9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION

13

14

15  DEPUY ORTHOPAEDICS, INC., an         CASE NO. 5:07-cv-05897-JW
    Indiana corporation,
16                                       **STIPULATION TO CONTINUE HEARING
              Plaintiff,                 DATE OF DEFENDANT'S MOTION FOR
17                                       PARTIAL SUMMARY JUDGMENT;
    GAULT SOUTH BAY, INC. a California   [PROPOSED] ORDER**
18  Corporation, and BOB GAULT, an
    individual,                          The Honorable James Ware, Ctrm 8
19                                       Previous Date:  April 14, 2008
              Defendants.                **New Date:     April 28, 2008**
20                                       Time:           9:00 a.m.
                                         Place:          Courtroom 8, 4th Fl.
21                                                       280 South 1st Street
                                                         San Jose, CA 95113
22

23

24

25

26

27

28

**STIP TO CONTINUE HRG DATE OF DEF'S MOTN FOR PARTIAL S.J.**
CASE NO. 5:07-cv-05897-JW
Doc. # CC-178818 v.1

Plaintiff and Defendants, through their respective counsel of record, stipulate as follows:

WHEREAS on February 13, 2008, Defendants filed a Motion for Partial Summary Judgment, noticing the hearing for April 7, 2008 which date counsel had previously agreed was mutually available for the hearing;

WHEREAS thereafter, on February 15, 2008, the Court continued the hearing on Defendant's Motion for Partial Summary Judgment from April 7, 2008 to April 14, 2008;

WHEREAS counsel for Plaintiff have represented that they are not available to attend the hearing on April 14, 2008 due to scheduling conflicts;

WHEREAS counsel for the parties have represented that they are both available on April 28, 2008 for a hearing on Defendant's Motion for Partial Summary Judgment;

THE PARTIES STIPULATE, subject to the Court's approval, that the hearing on Defendant's Motion for Partial Summary Judgment be continued to April 28, 2008.

SO STIPULATED:

DATED: March 5, 2008          STEPTOE & JOHNSON LLP

By   /s/ Rebecca Edelson
    REBECCA EDELSON
    Attorneys for Plaintiff
    DEPUY ORTHOPAEDICS, INC.

DATED: March 5, 2008          DOWNEY BRAND LLP

By   /s/ Tory E. Griffin
    TORY E. GRIFFIN
    Attorneys for Defendants
    GAULT SOUTH BAY, INC. and ROBERT GAULT

# [~~PROPOSED~~] ORDER

GOOD CAUSE HAVING BEEN SHOWN and PURSUANT TO STIPULATION;

IT IS SO ORDERED that the hearing on Defendant's Motion for Partial Summary Judgment shall be continued from April 14, 2008 until April 28, 2008.

**The briefing schedule remains unchanged. The parties may not further Stipulate to a different hearing date**.

Date: __March 11_____, 2008        _____
                                        Hon. James Ware
                                        United States District Judge