1  Mark A. Neubauer (No. 73728)
   Rebecca Edelson (No. 150464)
2  Carla A. Veltman (No. 223910)
   Steptoe & Johnson LLP
3  2121 Avenue of the Stars, Suite 2800
   Los Angeles, CA  90067
4  Telephone:     (310) 734-3200
   Facsimile:      (310) 734-3300
5  Email: mneubauer@steptoe.com
   Email: redelson@steptoe.com
6  Email : cveltman@steptoe.com

7  Attorneys for Plaintiff
   DEPUY ORTHOPAEDICS, INC.,
8  an Indiana corporation

9                          UNITED STATES DISTRICT COURT

10                         NORTHERN DISTRICT OF CALIFORNIA

11                                SAN JOSE DIVISION

12

13

| | |
|---|---|
| 14  DEPUY ORTHOPAEDICS, INC., an Indiana corporation,  15              Plaintiff,  16  GAULT SOUTH BAY, INC. a California Corporation, and BOB GAULT, an individual,  18              Defendants. | CASE NO. 5:07-cv-05897-JW  REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF DEPUY ORTHOPAEDICS, INC.'S OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT  The Honorable James Ware, Ctrm 8  Date:    April 28, 2008  Time:    9:00 a.m.  Place:    Courtroom 8  280 South 1st Street  San Jose, CA 95113 |

---

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS'
MOTION FOR PARTIAL SUMMARY JUDGMENT**
CASE NO. 5:07-cv-05897-JW
Doc. #180409 v.1

**TO THE HONORABLE COURT, TO DEFENDANTS ROBERT GAULT AND GAULT SOUTH BAY AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff DePuy Orthopaedics, Inc. ("DePuy") respectfully requests that the Court take judicial notice of the following documents from its case file for *Gault South Bay and Robert Gault v. DePuy Orthopaedics, Inc.,* Case No. 07-04659JW, pursuant to Fed. R. Evid. 201:

Exhibit A:  Declaration of Michelle M. Rems, dated November 16, 2007, and filed November 19, 2007 in support of Reply Memorandum in Support of Motion to Dismiss or to Transfer.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff DePuy Orthopaedics, Inc. ("DePuy") respectfully requests that the Court take judicial notice of the following documents from its case file for *DePuy Orthopaedics, Inc. v. Gault South Bay and Robert Gault*, District Court for the Northern District of California, Case No. 5:07-cv-05897-JW, including documents in the case file transferred from the transferee court, the Northern District of Indiana South Bend Division, Case No. 3:07-CV-0425-RM, pursuant to Fed. R. Evid. 201.

Exhibit B:  Declaration of Michelle M. Rems dated October 12, 2007 and filed October 12, 2007 in support of Depuy's Opposition to Gault's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue**;**

Exhibit C:  Affidavit of Jake Daneman dated September 10, 2007 and filed September 11, 2007 in support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction.

Exhibit D: Defendants' Motion to Quash Amended Deposition Notices to Gault South Bay, Inc. and Robert Gault filed November 1, 2007;

Exhibit E: DePuy's Opposition to Defendants' Motion to Quash Amended Deposition Notices to Gault South Bay, Inc. and Robert Gault, filed November 2, 2007

Exhibit F:  Order denying Defendants' Motion to Quash, filed November 6, 2007;

Exhibit G:  Related Case Order filed December 7, 2007.

---

1
**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**
CASE NO. 5:07-cv-05897-JW
Doc. #180409 v.1

Exhibit H: Declaration of Robert Gault in Support of Motion to Dismiss for Lack of Personal Jurisdiction dated and filed on September 24, 2007.

DATED: March 24, 2008           STEPTOE & JOHNSON LLP

                                             MARK A. NEUBAUER
                                             REBECCA EDELSON
                                             CARLA A. VELTMAN


By   /s/ Rebecca Edelson
       REBECCA EDELSON
    Attorneys for Plaintiff
    DEPUY ORTHOPAEDICS, INC.

2