1  Mark A. Neubauer (No. 73728)
2  Rebecca Edelson (No. 150464)
   Carla A. Veltman (No. 223910)
3  Steptoe & Johnson LLP
   2121 Avenue of the Stars, Suite 2800
4  Los Angeles, CA  90067
   Telephone:     (310) 734-3200
5  Facsimile:      (310) 734-3300
   Email: mneubauer@steptoe.com
6  Email: redelson@steptoe.com
   Email : cveltman@steptoe.com
7
8  Attorneys for Plaintiff
   DEPUY ORTHOPAEDICS, INC.,
9  an Indiana corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| DEPUY ORTHOPAEDICS, INC., an Indiana corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GAULT SOUTH BAY, INC. a California Corporation, and BOB GAULT, an individual,<br><br>Defendants. | CASE NO. 5:07-cv-05897-JW<br><br>**DEPUY'S LOCAL RULE 7.3(d) REQUEST TO FILE A RESPONSE TO DEFENDANTS' OBJECTIONS TO EVIDENCE SUBMITTED BY DEPUY IN OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:   April 28, 2008<br>Time:  9:00 a.m.<br>Place:  The Honorable James Ware<br>            Courtroom 8<br>            280 South 1st Street<br>            San Jose, CA 95113 |
|---|---|

1  Plaintiff DePuy Orthopaedics, Inc. ("DePuy") respectfully requests the Court, pursuant to
2  Local Rule 7.3(d), that it be permitted to file a response to Defendants' Objections to Evidence
3  Submitted by DePuy in Opposition to Defendants' Motion for Partial Summary Judgment
4  ("Defendants' Objections")("Proposed Response").

5  DePuy requests leave to file its Proposed Response on the grounds that:

6  (1) DePuy has not had an opportunity to respond to Defendants' Objections since they
7  were filed with Defendants' reply papers;

8  (2) DePuy believes a response is warranted since Defendants' Objections confuse the
9  issues at hand in the motion.  A response is warranted, especially since the motion before the
10 Court is a summary judgment motion.  Not only does the motion have the potential to end certain
11 of DePuy's claims, but the evidence ordinarily determines the resolution of a summary
12 judgment.  See FRCP 56.

13 (3) DePuy's Proposed Response will not unduly burden the Court.  The proposed
14 responsive material is only approximately 3 pages (although the Response will also re-state for
15 the Court's convenience the testimony and objections).

16 Accordingly, DePuy respectfully requests permission to file its Proposed Response.  A
17 [Proposed] Order on this request is submitted herewith for the Court's convenience.

19 DATED: April 4, 2008            STEPTOE & JOHNSON LLP

                                  MARK A. NEUBAUER
                                  REBECCA EDELSON
                                  CARLA A. VELTMAN


                                  By   /s/ Rebecca Edelson
                                     REBECCA EDELSON
                                     Attorneys for Plaintiff
                                     DEPUY ORTHOPAEDICS, INC.