1  Mark A. Neubauer (No. 73728)
   Rebecca Edelson (No. 150464)
2  Carla A. Veltman (No. 223910)
3  Steptoe & Johnson LLP
   2121 Avenue of the Stars, Suite 2800
4  Los Angeles, CA  90067
   Telephone:    (310) 734-3200
5  Facsimile:    (310) 734-3300
   Email: mneubauer@steptoe.com
6  Email: redelson@steptoe.com
   Email : cveltman@steptoe.com
7
8  Attorneys for Plaintiff
   DEPUY ORTHOPAEDICS, INC.,
9  an Indiana corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEPUY ORTHOPAEDICS, INC., an Indiana corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GAULT SOUTH BAY, INC. a California Corporation, and BOB GAULT, an individual,<br><br>Defendants. | CASE NO. 5:07-cv-05897-JW<br><br>**[PROPOSED] ORDER ON DEPUY'S LOCAL RULE 7.3(d) REQUEST TO FILE A RESPONSE TO DEFENDANTS' OBJECTIONS TO EVIDENCE SUBMITTED BY DEPUY IN OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:  April 28, 2008<br>Time:  9:00 a.m.<br>Place:  The Honorable James Ware<br>        Courtroom 8<br>        280 South 1st Street<br>        San Jose, CA 95113 |

Plaintiff DePuy Orthopaedics, Inc. is hereby granted permission to file a Response to Defendants' Objections to Evidence Submitted by DePuy in Opposition to Defendants' Motion for Partial Summary Judgment.

IT IS SO ORDERED.

Dated:_____

_____
THE HONORABLE JAMES WARE
JUDGE, UNITED STATES DISTRICT COURT

Submitted by:`

STEPTOE & JOHNSON LLP

MARK A. NEUBAUER
REBECCA EDELSON
CARLA A. VELTMAN

By   /s/ Rebecca Edelson
    REBECCA EDELSON
    Attorneys for Plaintiff
    DEPUY ORTHOPAEDICS, INC.

---

1

[PROPOSED] ORDER RE DEPUY'S LOCAL RULE 7.3(d) REQUEST TO FILE ITS RESPONSE TO
DEFS' OBJS TO EVID BY DEPUY IN OPPO TO PARTIAL SJ MOTION
CASE NO. 5:07-cv-05897-JW
Doc. # CC-181158 v.1