1   Mark A. Neubauer (No. 73728)
    Rebecca Edelson (No. 150464)
2   Carla A. Veltman (No. 223910)
    Steptoe & Johnson LLP
3   2121 Avenue of the Stars, Suite 2800
    Los Angeles, CA 90067
4   Telephone:   (310) 734-3200
    Facsimile:   (310) 734-3300
5   Email: mneubauer@steptoe.com
    Email: redelson@steptoe.com
6   Email : cveltman@steptoe.com
7
8   Attorneys for Plaintiff
    DEPUY ORTHOPAEDICS, INC.,
9   an Indiana corporation

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE DIVISION

13

14   DEPUY ORTHOPAEDICS, INC., an Indiana        CASE NO. 5:07-cv-05897-JW
     corporation,
15                                               **[PROPOSED] ORDER ON DEPUY'S
                                                 LOCAL RULE 7.3(d) REQUEST TO FILE
16            Plaintiff,                          A RESPONSE TO DEFENDANTS'
                                                 OBJECTIONS TO EVIDENCE
17       vs.                                     SUBMITTED BY DEPUY IN
                                                 OPPOSITION TO DEFENDANTS'
18   GAULT SOUTH BAY, INC. a California          MOTION FOR PARTIAL SUMMARY
     Corporation, and BOB GAULT, an individual, JUDGMENT**
19
              Defendants.                        Date:  April 28, 2008
20                                               Time:  9:00 a.m.
                                                 Place: The Honorable James Ware
21                                                      Courtroom 8
                                                        280 South 1st Street
22                                                      San Jose, CA 95113

23

24

25

26

27

28

    ──────────────────────────────────────────────────────────────────
    [PROPOSED] ORDER RE DEPUY'S LOCAL RULE 7.3(d) REQUEST TO FILE ITS RESPONSE TO
    DEFS' OBJS TO EVID BY DEPUY IN OPPO TO PARTIAL SJ MOTION
                                            CASE NO. 5:07-cv-05897-JW
                                            Doc. # CC-181158 v.1

Plaintiff filed this administrative motion on April 4, 2008.  To date, no opposition has been filed by Defendants.  Accordingly,

1

2

3

Plaintiff DePuy Orthopaedics, Inc. is hereby granted permission to file a Response to Defendants' Objections to Evidence Submitted by DePuy in Opposition to Defendants' Motion for Partial Summary Judgment.

4

IT IS SO ORDERED.

5

6

7

Dated:___April 18, 2008___

_____
THE HONORABLE JAMES WARE
JUDGE, UNITED STATES DISTRICT COURT

8

9

10

11

Submitted by:`

12

13

STEPTOE & JOHNSON LLP

14

MARK A. NEUBAUER
REBECCA EDELSON

15

CARLA A. VELTMAN

16

17

By___/s/ Rebecca Edelson_____

18

REBECCA EDELSON
Attorneys for Plaintiff

19

DEPUY ORTHOPAEDICS, INC.

20

21

22

23

24

25

26

27

28

1

[PROPOSED] ORDER RE DEPUY'S LOCAL RULE 7.3(d) REQUEST TO FILE ITS RESPONSE TO DEFS' OBJS TO EVID BY DEPUY IN OPPO TO PARTIAL SJ MOTION

CASE NO. 5:07-cv-05897-JW
Doc. # CC-181158 v.1